# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**BRYAN DYLEWSKI, individually and as owner of fifty percent of Mobility Products Unlimited, LLC,**

      **Plaintiff,**

**-vs-**              **Case No. 6:08-cv-1236-Orl-98DAB**

**INVACARE CORPORATION, GREGORY C. THOMPSON,**

      **Defendants.**

_____

## ORDER

This cause came on for consideration without oral argument on the following motions filed herein:

> **MOTION:**  **MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO MOTION TO DISMISS (Doc. No. 10)**
>
> **FILED:**   **September 23, 2008**
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED** as moot.

> **MOTION:**  **AMENDED MOTION FOR EXTENSION OF TIME (Doc. No. 10)**
>
> **FILED:**   **September 23, 2008**
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED**.

> **MOTION:** **PLAINTIFF'S MOTION TO STAY (Doc. No. 12)**
>
> **FILED:** September 24, 2008
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED**.

The motions are premised on Plaintiff's counsel's assertion that he could not reply to Defendant's motion in a timely fashion due to his "very crowded litigation schedule" and the fact that the matter is "complex" and requires "extensive research." As indicated in the Response, however, it appears that Plaintiff had time in his schedule to prepare and file his Motion to Stay (Doc. No. 12), which he conveniently did not mention to Plaintiff's counsel, when asking for the extension. As the motion to stay was filed without consultation with defense counsel (*see* Local Rule 3.01(g)), it is **denied.** As Defendant's consent to the motion for extension was obtained under misleading circumstances, and no good cause for an extension is presented otherwise, it is **denied.**

**Plaintiff shall file a response to the motion to dismiss by noon, Monday, September 29, 2008.** Counsel is cautioned that sharp practices are not condoned in this Court, and more professional behavior is expected in the future.

**DONE** and **ORDERED** in Orlando, Florida on September 26, 2008.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record